# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. BIRD'S CAR WASH EQUIPMENT, LLC, a Pennsylvania limited liability company, | No. 4:19-CV-01752 |
| Plaintiff, | (Judge Brann) |
| v. | |
| VER-TECH LABS, a Minnesota corporation, | |
| Defendant. | |

## ORDER

**AND NOW**, this 20th day of May 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Ver-Tech's motion for partial summary judgment (Doc. 27) is **GRANTED**.

2. Count VI of the Complaint is dismissed.

                                              BY THE COURT:

                                              *s/ Matthew W. Brann*
                                              Matthew W. Brann
                                              United States District Judge