IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. BIRD'S CAR WASH EQUIPMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> VER-TECH LABS, <br><br> Defendant. | No. 4:19-CV-01752 <br><br> (Chief Judge Brann) |

## ORDER

### MARCH 7, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Ver-Tech Labs' Motion for Summary Judgment (Doc. 44) is **GRANTED IN PART, DENIED IN PART**:

1. Ver-Tech's motion for summary judgment as to Counts I (breach of contract), III (fraudulent inducement), and V (promissory estoppel) is **DENIED**.

2. Ver-Tech's motion for summary judgment as to Counts II (tortious interference) and IV (unjust enrichment) is **GRANTED**.

3. A telephonic status conference will be scheduled, by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge